UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**JASON AARON GODWIN,**

    **Plaintiff,**

v.                                 **Case No.  5:22-cv-121-TKW-MJF**

**CENTRAL FLORIDA RECEPTION**
**CENTER MEDICAL UNIT,**

    **Defendant.**

_____/

## ORDER

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 3). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed as an abuse of process under 28 U.S.C. §1915A(b)(1) based on Plaintiff's failure to fully disclose his litigation history.  Accordingly, it is **ORDERED** that:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.     This case is **DISMISSED without prejudice** based on Plaintiff's failure to fully disclose his litigation history.

3.     The Clerk shall close this case file.

**DONE and ORDERED** this 18th day of July, 2022.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**